UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | No. 3:05-CR-115 |
| V. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| JERE LYNN SEATON | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned on October 26, 2005, for an arraignment and detention hearing on an indictment. Special Assistant United States Attorney Brownlow Marsh was present representing the government. An initial appearance was held before The Honorable C. Clifford Shirley, Jr., United States Magistrate Judge, on October 24, 2005, when the defendant advised the Court that he was retaining counsel. Counsel for Mr. Seaton did not appear. The arraignment and the detention hearing is therefore reset to commence before the undersigned on **October 28, 2005,** at **9:30 a.m.** The defendant understood that he would remain in detention. The defendant shall be held in custody by the United States Marshal until October 28, 2005, and produced for the above scheduled hearing.

It is so **ORDERED**.

ENTER: s/ H. Bruce Guyton
United States Magistrate Judge