UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:05-CR-115 |
| V. ) | (PHILLIPS/GUYTON) |
| ) | |
| JERE LYNN SEATON, ROBERT FRANKLIN, ) | |
| DEANNA FRANKLIN, a.k.a. DEANNA G. ) | |
| CALLAHAN, and JOSEPH FAIRCLOTH, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The government has moved [Doc. 12], pursuant to Rule 6(e)(4), Fed. R. Crim. P. for entry of a revised sealing order in this case. The motion [Doc. 12] is **GRANTED**, and by this order the file in the above-styled case shall be sealed by the Clerk until the Defendant is in custody or has been released pending trial, at which time the file shall be unsealed pursuant to this Order absent a further order by the Court. This Order supplants the prior sealing order [Doc. 2] and shall be substituted for it.

**IT IS SO ORDERED:**

ENTER:

s/ H. Bruce Guyton
United States Magistrate Judge