UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:05-CR-115 |
| V. | ) | (PHILLIPS/GUYTON) |
| | ) | |
| JERE LYNN SEATON | ) | |

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL REFORM ACT

The defendant appeared in custody before the undersigned on October 28, 2005, for an arraignment and detention hearing. Special Assistant United States Attorney Brownlow Marsh was present representing the government. Paula Voss, Federal Defender Services, appeared and was appointed to represent the defendant. Ms. Voss moved for a continuance of the detention hearing to have sufficient time to prepare for the hearing. The government did not oppose the request. The detention hearing is continued and rescheduled to commence before the undersigned on **Tuesday, November 1, 2005,** at **3:00 p.m.** The defendant understood that he would remain in detention. The defendant shall be held in custody by the United States Marshal until November 1, 2005, and produced for the above scheduled hearing.

It is so **ORDERED**.

s/ H. Bruce Guyton
United States Magistrate Judge