UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-115 |
| | ) | (Phillips) |
| JERE LYNN SEATON | ) | |

## ORDER

Defendant's motion to file his motion for a reasonable sentence and sentencing memorandum under seal [Doc. 100] is **GRANTED.**

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge