UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 3:05-CR-115 |
| v. ) | JUDGE PHILLIPS |
| ) | |
| JERE LYNN SEATON, ) | |
| ) | |
| Defendant. ) | |

## ORDER RELEASING PROTECTIVE ORDER

Upon motion of the United States, and for good cause shown, the Protective Order previously filed with the Court on February 8, 2006, and recorded as Volume 2506, Page 694 in the Register of Deed's Office for Sevier County, Tennessee on April 12, 2006, as to the following real property is hereby released and discharged:

> Real property located at 1140 Middle Ridge Road, Sevierville, Tennessee 37862, titled in the name of Jere Lynn Seaton.
>
> SITUATED in the Fifth (5th) Civil District of Sevier County, Tennessee, and being more particularly described as follows:
>
> BEGINNING at an iron pin in the southern edge of a 50 ft. right-of-way where Track Nos. 11 and 12 intersect; thence with the line of Track Nos. 11 and 12, south 30 deg. 32 min. 40 sec. West 208.61 ft. to an iron pin in the northern edge of a 50 ft. right-of-way; thence with said right-of-way, north 59 deg. 15 min. 00 sec. West 100.00 ft. to an iron pin; thence north 34 deg. 50 min. 40 sec. West 50.21 ft. to an iron pin where two right-of-ways intersect; thence north 55 deg. 07 min. 40 sec. East 205.93 ft. to an iron pin; thence south 59 deg. 31 min. 40 sec. East 60.00 ft. to the point of BEGINNING, and containing .50 acre, more or less, according to a survey dated May 20, 1982, by Hassel T. Wolfe, P.E. and R.L.S. which designates the above property as Tract No. 11 of Middle Ridge Subdivision.

The Grantor further conveys to the Grantee the right of ingress and egress over a 50 ft. right-of-way as shown on said plat and a 50 ft. right-of-way from the Grantor's property to Middle Creek Road.

For reference see Warranty Deed 320, Page 82, recorded on March 28, 1983, Map 73A, Parcel 01100 in the land records of Sevier County, Tennessee. The real property is titled to Jere Lynn Seaton by virtue of the Last Will and Testament of Angela Leah Gaddy, Clause VI, dated September 6, 2000. Said Last Will and Testament was admitted to probate on March 16, 2004. Prior to her death, Jere Lynn Seaton quit claimed his interest to his wife, Angela Leah Gaddy, by virtue of Quit Claim Deed dated April 23, 1991, and identified in Warranty Deed Book 467, Page 24.

It is further ORDERED that the Clerk of this Court deliver a certified copy of this Release of Protective Order to the United States Attorney's Office for filing in the Register of Deeds Office for Sevier County, Tennessee.

ENTER:

*Thomas W. Phillips*
THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted for Entry:

JAMES R. DEDRICK
United States Attorney


By: s/ D. Gregory Weddle
D. GREGORY WEDDLE
Assistant United States Attorney